AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jeremy David Hanson | ) | Case No. |
| | ) | 3:22mj3070-KAR |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 2-8, 2021  in the county of  Hampden  in the
  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmission In Interstate Commerce Of Communications Containing Threats To Injure The Person Of Another |

This criminal complaint is based on these facts:
See attached Affidavit of Special Agent Casey Hunter Anderson sworn to telephonically on April 12, 2022.

☐ Continued on the attached sheet.

/s/ Casey Hunter Anderson
Complainant's signature

Casey Hunter Anderson, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 04/12/2022

/s/ Katherine A. Robertson
Judge's signature

City and state:  Springfield, MA

Katherine A. Robertson, U.S. Magistrate Judge
Printed name and title