UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Jeremy David Hanson,<br>Defendant. | M.J./Court No. 22-mj-3070-KAR<br><br>UNDER SEAL |

## MOTION TO UNSEAL

The United States of America, by its undersigned attorneys (the "Government") respectfully moves this Court to unseal the above-captioned Affidavit and Criminal Complaint and all related orders and paperwork.

In support of this motion, the Government states that on April 20, 2020, the defendant Jeremy David Hanson ("Hanson") was arrested in the Central District of California and is scheduled to appear at the United States Courthouse in Santa Ana, California for his initial appearance in this case.

Respectfully submitted (telephonically),

RACHAEL S. ROLLINS
United States Attorney

By:   /s/ *Steven H. Breslow*
STEVEN H. BRESLOW
Assistant U.S. Attorney

Dated: April 20, 2020