FILED
CLERK, U.S. DISTRICT COURT
APR 20 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. Jeremy Hanson DEFENDANT/MATERIAL WITNESS, | CASE NUMBER 8:22-mj-285-DUTY 8:22-mj-286-DUTY AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
|---|---|

Having been ordered by the Court on __April 20, 2022__ to take third-party custody of __Jeremy Hanson__, I, __Lauren Zack__, agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_Lauren Zack_
Signature of Third-Party Custodian (Person or Organization)

__mother__
Relationship to Defendant/Material Witness

▆▆▆▆▆▆▆▆▆▆
Address (only if the above is an organization)

__Los Alamitos CA__ ▆▆▆
City and State only

▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Telephone Number

Date: __4-20-22__

CR-31 (03/15)                  AFFIDAVIT OF THIRD-PARTY CUSTODIAN